FILED
E-filing
JUN 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | **GUAM CR 98-00024-001** |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | CR 07 0416 CRB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Teofilio B. Cayabyab**<br>c/o Jennifer Hutchings<br>U.S. Probation Officer<br>Northern District of California<br>450 Golden Gate Avenue, Suite 17-6884<br>San Francisco, CA 94102-4950 | Guam | |
| | NAME OF SENTENCING JUDGE | |
| | **Honorable John S. Unpingco** | |
| | DATES OF SUPERVISED RELEASE | FROM: **May 11, 2007**  TO: **May 10, 2011** |

**OFFENSE**

Possession of Methamphetamine Hydrochloride with Intent to Distribute in violation of Title 21, United States Codes, Section 941(a)(1).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____**GUAM**____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____**Northern District of California**____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 08, 2007

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __**NORTHERN**__ DISTRICT OF __**CALIFORNIA**__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

21 June 2007
_Effective Date_                _United States District Judge_