# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

### Request for Modifying the Conditions or Term of Supervision

Name of Offender:   Teofilio B. Cayabyab          Docket No.:   CR 07-0416 CRB

Name of Sentencing Judge:   John. S. Unpingco
District of Guam

Date of Original Sentence:   November 30, 1999

Original Offense:
Count 1:  Possession of Methamphetamine Hydrochloride with Intent to Distribute, 21 U.S.C. § 841(a)(1), a Class B felony

Original Sentence:  120 months custody, 48 months supervised release
Special Conditions:  Community service 300 hours; drug/alcohol treatment; no alcohol; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; random urinalysis testing; maintain employment and support dependents.

Type of Supervision: Supervised Release          Date Supervision Commenced: May 13, 2007
Assistant U.S. Attorney: None                    Defense Counsel:  None

### Petitioning the Court

To modify the conditions of supervision as follows:

> The defendant shall perform 150 hours of community service in lieu of the 300 hours previously ordered by the Court.

### Cause

Mr. Cayabyab arrived in the Northern District of California on November 16, 2006, to reside in Cornell Corrections for a period of 6 months. He was released on May 13, 2007, to begin his term of supervised release. Mr. Cayabyab was approved to reside in this district due to having extended family in Daly City. On June 21, 2007, jurisdiction of this case was accepted by the Northern District and the case assigned to Your Honor. Since Mr. Cayabyab's arrival here, he has reported to the probation officer as instructed and has complied with the terms of his supervised release. Mr. Cayabyab has maintained a stable residence and suitable employment. Mr. Cayabyab is currently

Teofilio B. Cayabyab                                                                                          Page 2
CR 07-0416 CRB

in Phase II of the code-a-phone drug testing program and has yet to miss a test or submit anything other than clean urine samples. Mr. Cayabyab works two jobs. From Tuesday through Friday, he works for the Golden Gate National Park at Alcatraz. On Monday, Thursday evening and Saturday, he works at a retail store in San Francisco. Mr. Cayabyab works two jobs in order to provide for his children, one of whom resides in Guam and the other in Nevada. Mr. Cayabyab is sending approximately $1000 per month to his children. This amount is more than double what is required under his child support agreement. Mr. Cayabyab wants what is best for his children and has recently increased the amount he sends to his son in Guam so that he may enroll in a better school. In light of Mr. Cayabyab taking on a second job in order to provide for his family, this officer feels that the completion of 300 hours of community service will be difficult for Mr. Cayabyab. This officer proposes that Mr. Cayabyab's community service condition be reduced to 150 hours. Mr. Cayabyab has completed 60 hours of community service thus far. It is believed that if Mr. Cayabyab can devote more time to working and providing for his children, this will produce better results for the community as well as the family of Mr. Cayabyab, as opposed to the completion of 300 hours of community service.

Address of offender:         226 Hillside
                             Daly City, CA  94014

Respectfully submitted,                            Reviewed by:


Jennifer Hutchings                                 James M. Schloetter
U.S. Probation Officer                             Supervisory U.S. Probation Officer

Date Signed:  December 18, 2007

---

THE COURT ORDERS:
☐ To modify the conditions of supervision as follows:
   The defendant shall perform 150 hours of community service in lieu of the 300 hours previously ordered by the Court.
☐ Other:

December 26, 2007
Date



IT IS SO ORDERED
Judge Charles R. Breyer

NDC-SUPV-FORM 12(1) 03/23/05